UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARTHUR GLYNN THOMAS, JR., | ) | No. CV 12-8025-MWF(CW) |
| Petitioner, | ) ) | ORDER ACCEPTING REPORT AND RECOMMENDATION OF |
| v. | ) ) | UNITED STATES MAGISTRATE JUDGE |
| RICHARD B. IVES (Warden), | ) ) | |
| Respondent. | ) | |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. No written Objections to the Report have been filed. The court accepts the findings and recommendation of the Magistrate Judge.

//
//
//
//
//

1

**IT IS THEREFORE ORDERED**: (1) that Respondent's motion to dismiss (docket no. 8, filed November 15, 2012) be granted; and (2) that judgment be entered denying the petition and dismissing this action with prejudice.

DATED: April 1, 2013

  MICHAEL W. FITZGERALD
  United States District Judge