UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR GLYNN THOMAS, JR., )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>RICHARD B. IVES (Warden), )<br>)<br>Respondent. )<br>_____) | No. CV 12-8025-MWF(CW)<br><br>JUDGMENT |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and dismissed with prejudice.

DATED: April 1, 2013

_____
MICHAEL W. FITZGERALD
United States District Judge